UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1399

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| TONY L. HOLLOMAN | ) |  |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina has moved the Court to dismiss Count Two of above-captioned matter with prejudice.

2. After due consideration, the Court hereby ALLOWS the Motion to Dismiss Count Two of the Criminal Information with Prejudice.

3. The Court finds that the dismissal with prejudice is in the best interest of justice.

So ORDERED this __13th__ day of __January__, 2016.

_____
United States Magistrate Judge